JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS, et al., <br><br> Plaintiff, <br><br> v. <br><br> JEROME J. NASH, et al., <br><br> Defendants. | Case No. CV 20-8786-GW-JEMx <br><br> **ORDER TO DISMISS WITH PREJUDICE** |
|---|---|

Based upon the Notice of Voluntary Dismissal [15], it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: December 15, 2020

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE